**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JIMMY GARCIA SUQUILANDA

Petitioner,

v.

UNITED STATES IMMIGRATION AND CUSTOM ENFORCEMENT, et al.,

Respondents.

Case No. 1:26-cv-07494 JLT FJS (HC)

A-Number: 245-971-715

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

(Doc. 6)

On September 16, 2026, a “next friend” filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on behalf of Jimmy Garcia Suquilanda, challenging his detention as a violation of due process. (Doc. 1.) The Court found the “next friend” status was improper and ordered that Petitioner must appear on his own behalf to prosecute the petition or licensed counsel must file a notice of appearance. (Doc. 3.) The Court served Petitioner with the notice at his known mailing address. (*Id.* at 4.)

After Petitioner did not respond to the Court, the magistrate judge found terminating sanctions were proper for failure to prosecute and failure to obey a court order, and recommended the Court dismiss the petition without prejudice. (Doc. 6 at 2-4.) The Court served the Findings and Recommendations on Petitioner and notified him that any objections were due within 14 days. (*Id.* at 4.) The Court advised him that the “failure to file objections within the specified

time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Petitioner did not file objections, and the time to do so has passed. However, Petitioner filed a new petition, on his own behalf, in Case No. 1:26-cv-08990 on November 2, 2026. Thus, Petitioner seems to agree to the dismissal of this current petition.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations (Doc. 6) are **ADOPTED** in full.
2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.
4. Petitioner **SHALL** proceed on his petition in Case No. 1:26-cv-08990.

IT IS SO ORDERED.

Dated: November 9, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE